IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. CV 03 C 0245 S |
| MARY B. MURRAY, WARREN F. MURRAY STEVEN T. MURRAY CATHY R. MURRAY Defendants. | ) ) ) ) ) | |

FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendants, Warren F. Murray, Steven T. Murray and Cathy R. Murray pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.  The Summons and Complaint were served upon Defendant Warren F. Murray, on May 30, 2003, on Defendant Steven T. Murray, Jr., on May 30, 2003 and on Cathy R. Murray on May 20, 2003; Defendants, Warren F. Murray, Steven T. Murray and Cathy R. Murray have failed to appear, plead, or otherwise defend.

2.  Defendants, Warren F. Murray, Steven T. Murray and Cathy R. Murray are not infants or incompetent persons, nor have Defendants, Warren F. Murray, Steven T. Murray and Cathy R. Murray been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendants, Warren F. Murray, Steven T. Murray and Cathy R. Murray are indebted to Plaintiff in the principal sum of $311,765.20, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of $63,445.52 through May 14, 2003, at the rate of 8.023 percent per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, administrative charges of $0.00, and costs of Marshal Service $157.68.

4. Plaintiff is due to recover from Defendants, Warren F. Murray, Steven T. Murray and Cathy R. Murray the total sum of $375,210.72, plus interest from May 14, 2003, until date of judgment at the rate of 8.023 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

Done this the 14th day of July, 2003.

_____
CHIEF UNITED STATES DISTRICT JUDGE